**No. 10-5893. Sarah Lynn Cormier, Petitioner v. United States.**

562 U.S. 941, 131 S. Ct. 356, 178 L. Ed. 2d 230, 2010 U.S. LEXIS 7332.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 607 F.3d 133.